UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (FLINT)

In Re:　　　　　　　　　　　　　　　　　　Case No. 19-30176-dof

    LEON RUSSELL VERBISON,　　　　　　Chapter 13

        Debtor.　　　　　　　　　　　　　　Hon. Daniel S. Opperman
_____/

Patrick Vincent McGivney (P63326)
McGivney Law Firm PLLC
Attorneys for Debtor
210 E. Main Street
Brighton, MI 48116
(810) 229-2971

Scott A. Chernich (P48893)
Patricia J. Scott (P73061)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Claimant, University of Michigan Credit Union
313 South Washington Square
Lansing, MI 48933
(517) 371-8133

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

    Please take notice that University of Michigan Credit Union, a creditor and party-in-interest herein, hereby appears by its attorneys listed below, and pursuant to Bankruptcy Rule 2002 and 9010, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

    Scott A. Chernich/Patricia J. Scott
    FOSTER, SWIFT, COLLINS & SMITH, P.C.
    313 South Washington Square
    Lansing, MI 48933

                          FOSTER, SWIFT, COLLINS & SMITH, P.C.
                          Attorneys for Claimant University of Michigan Credit Union

Dated: March 20, 2019　　　　　　　　　By: /s/ Patricia J. Scott
                                    Patricia J. Scott (P73061)

                          313 South Washington Square
                          Lansing, MI 48933
                          (517) 371-8132
                          pscott@fosterswift.com

4119817-1